UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AVELAR,<br><br>        Plaintiff(s),<br><br>    v.<br><br>YOUTH AND FAMILY ENRICHMENT SERVICES, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C-07-00814 MJJ (JCS)<br><br>**NOTICE OF REFERENCE, TIME AND PLACE OF HEARING**<br><br>(E-FILING CASES) |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above matter has been referred to Magistrate Judge Joseph C. Spero for a decision on Defendant's Motion for the Imposition of Sanctions Against Plaintiff Veronica Avelar [Docket No. 14] (the "Motion").

      The hearing on the Motion has been set for **November 30, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition(s), if not already filed, shall be filed and served no later than twenty-one (21) days prior to the hearing. Any reply to the opposition(s) shall be filed and served no later than fourteen (14) days prior to the hearing. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**LAW AND MOTION HEARING PROCEDURES**

      Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

1    A party or counsel has a continuing duty to supplement the initial disclosure when required
2 under Fed. R. Civ. P. 26(e)(1).
3    Law and motion matters may be submitted without argument upon stipulation of the parties
4 and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
5 L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the
6 date for service of the opposition.  Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

   Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
California for information relating to electronic filing procedures and requirements.
   BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
**PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil
case number and the district court judge's initials, followed by the designation "(JCS)".
   The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
Fed. R. Civ. P. 16(f).
   IT IS SO ORDERED.

Dated:  October 11, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge