IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AVELAR, | No. C07-00814 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| YOUTH AND FAMILY ENRICHMENT SERVICES, | |
| Defendant. | |

Pending before the Court are Defendants' motions for sanctions based on Plaintiff's failure to attend a mediation session on September 27, 2007. (Docket Nos. 14 & 19.) On December 5, 2007, Magistrate Judge Spero issued a Report and Recommendation ("R&R"). No objections to the R&R were filed. The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **GRANTS IN PART** and **DENIES IN PART** the Motions as follows:

1. Plaintiff is **ORDERED** to pay the fees of the mediator previously agreed to by the parties for a full day of mediation. After meeting-and-conferring, the parties shall submit a proposed order to the Court no later than Tuesday, January 15, 2008 fixing a date for this mediation.

2. Plaintiff is **ORDERED** to pay, at the conclusion of this case in the district court, to Defendant Youth and Family Enrichment, the sum of $877.50.

3. Plaintiff is **ORDERED** to pay, at the conclusion of this case in the district court, to Defendant Burrell, the sum of $777.00.

**IT IS SO ORDERED.**

Dated: 1/10/08

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE