ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone: (415) 438-7800
Facsimile: (415) 438-7808
Email: rsaaron@aaron-wilson.com

**Attorneys for Plaintiff**
VERONICA AVELAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA AVELAR, | Case No. C07-0814 MJJ |
| Plaintiff, | [■■■■] ORDER RE: MEDIATION |
| v. | |
| YOUTH AND FAMILY ENRICHMENT SERVICES dba FIRST CHANCE NORTH; FIRST CHANCE NORTH; and FLOYD BURRELL, | |
| Defendants. | Complaint Filed: February 8, 2007 |

Pursuant to the court's January 10, 2007 Order, the parties have scheduled Mediation with Donald F. Farbstein, Esq. The Mediation is scheduled to take place on March 10, 2008 and Plaintiff will pay the full cost of Mr. Farbstein's fees.

It is so ordered.

Dated: 1/22/2008 _____

_____
Hon. Martin J. Jenkins