STEVEN D. WERTH # 121153
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
swerth@lowball.com

Attorneys for Defendant
YOUTH AND FAMILY ENRICHMENT
SERVICES, INC. dba FIRST CHANCE NORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AVELAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YOUTH AND FAMILY ENRICHMENT SERVICES dba FIRST CHANCE NORTH; and FLOYD BURRELL,<br><br>　　　　Defendants. | Case No. C 07 0814 PJH<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AND REVISED BRIEFING SCHEDULE** |

The parties herein, through their attorneys of record, hereby stipulate and agree that defendant Youth and Family Enrichment Services' motion for summary judgment, currently scheduled for hearing on March 25, 2008, be continued to April 30, 2008. Good cause exists for the continuation in light of this case having been recently reassigned to the Hon. Phyllis J. Hamilton. Further, good causes exists because plaintiff needs to conduct certain discovery prior to opposing the pending dispositive motion, and this discovery cannot be completed given the briefing schedule for a March 25, 2008 hearing date. Opposition brief, and supporting documents would be due on or before April 9, 2008. The reply brief would be due on or before April 16, 2008.

Dated: February 20, 2008.

LOW, BALL & LYNCH

By_____
STEVEN D. WERTH
Attorneys for Defendant
YOUTH AND FAMILY ENRICHMENT
SERVICES dba FIRST CHANCE NORTH

-1-

Dated: February 21, 2008.

AARON & WILSON

By /s/ Robert S. Aaron
ROBERT S. AARON
Attorneys for Plaintiff
VERONICA AVELAR

Dated: February 20, 2008.

VOGL & MEREDITH

By /s/ David R. Vogl
DAVID R. VOGL
Attorneys for Defendant
FLOYD BURRELL

For good cause shown, IT IS ORDERED that defendant Youth and Family Enrichment Services' motion for summary judgment be rescheduled to April 30, 2008. The opposition brief, and supporting documents, are to be filed and served by April 9, 2008. The reply brief is to be filed and served by April 16, 2008.

Dated: February 26, 2008

_____
HON. PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AND REVISED BRIEFING SCHEDULE
J:\1056\SF0026\Pleadings\P-STP-ORD-MSJ.wpd
CASE NO. C 07 0814 MJJ

-2-