UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONICA AVELAR,

        Plaintiff(s),                        No. C 07-0814 PJH

    v.                                 **ORDER TO SHOW CAUSE**

YOUTH AND FAMILY ENRICHMENT SERVICES, et al.,

        Defendant(s).

_____/

        The pretrial conference for the remaining parties is scheduled for August 14, 2008. The pretrial papers were thus due on July 15, 2008. None were filed. Although counsel for the remaining parties had previously advised the court's clerk that the remaining claims might be settled, no dismissal has been filed. Accordingly, counsel for plaintiff is ordered to show cause in writing why this case should not be dismissed for failure to prosecute; and counsel for both parties is ordered to show cause in writing why sanctions should not be imposed for failure to comply with the pretrial order scheduling trial preparation. The written responses shall be filed by August 1, 2008, or the parties may file a stipulation and order dismissing the case by that deadline.

        **IT IS SO ORDERED.**

Dated: July 28, 2008

                                                            _____
                                                             PHYLLIS J. HAMILTON
                                                             United States District Judge