1  DAVID R. VOGL (State Bar No. 043156)
   DAVID A. FIRESTONE (State Bar No. 061122)
2  VOGL & MEREDITH LLP
   456 Montgomery Street, 20th Floor
3  San Francisco, CA  94104
   Telephone: (415) 398-0200
4  Facsimile: (415) 398-2820
   dvogl@voglmeredith.com
5  dfirestone@voglmeredith.com

6  Attorneys for Defendant FLOYD BURRELL

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

11 VERONICA AVELAR,                )  Case No. C-07-0814 PJF
                                   )
12              Plaintiff,         )  STIPULATION OF DISMISSAL
                                   )  [F.R.C.P. §41(a)(1)(A)(ii)]
13 vs.                             )  AND ORDER
                                   )
14 YOUTH AND FAMILY ENRICHMENT     )
   SERVICES dba FIRST CHANCE NORTH; )
15 FIRST CHANCE NORTH; and FLOYD   )
   BURRELL,                        )
16                                 )
                Defendants.        )
17 _____ )

19     IT IS HEREBY STIPULATED by, between, and among the parties to this action through

20 their designated counsel that the above-captioned action be and hereby is dismissed without

21 prejudice as to defendant Floyd Burrell.

23 DATED: August ___, 2008          AARON & WILSON, LLP

                                    BY: _____
                                        ROBERT S. AARON
                                    Attorneys for Plaintiff VERONICA AVELAR

28 ///

---

STIPULATION OF DISMISSAL                                           No. C-07-0814 PJH

1  DATED: August ___, 2008         VOGL & MEREDITH LLP

                                   BY: _____
                                         DAVID R. VOGL
                                   Attorneys for Defendant FLOYD BURRELL

8/4/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA