UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONICA AVELAR,

        Plaintiff(s),

   v.

YOUTH AND FAMILY ENRICHMENT SERVICES, et al.,

        Defendant(s).
_____/

No. C 07-0814 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed in this court on March 5, 2010, a Case Management Conference shall be held on March 18, 2010, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California. If this date is inconvenient, the conference may be moved to April 1, 2010 at 2:00 p.m. upon stipulation of the parties.

A case management conference is necessary to assist the court in complying with the mandate of the Court of Appeals. The parties shall appear but no case management statement is necessary.

**SO ORDERED.**

Dated: March 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge